# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHRISTOPHER BITTOLA AND
DANNA BITTOLA, INDIVIDUALLY
AND ON BEHALF OF THEIR MINOR
CHILD, ALEXANDER BITTOLA

NO.   2021 CW 0743

VERSUS

NEKITA HARMON, OLD REPUBLIC
INSURANCE COMPANY, GELCO
CORPORATION AND 3M COMPANY

**OCTOBER 1, 2021**

---

In Re:    Christopher Bittola, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2018-10797.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT NOT CONSIDERED.** The writ application does not include a copy of the petition for damages and the motion in limine, memoranda in support, and attachments filed by Danna Bittola and adopted by relator in the motion in limine at issue in this writ. Further, the writ does not include a minute entry from the May 27, 2021 contradictory hearing on the motion. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8) and (10). Additionally, though not required by the Uniform Rules, a copy of the transcript from the hearing on the motion is needed to enable this court to fully consider the merits of the writ application and to determine what evidence, if any, was admitted at the hearing.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before October 30, 2021 and must contain a copy of this ruling.

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT